IN THE UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| MC CONCRETE CONSTRUCTION, INC. | ) |
| | ) CHAPTER 7 |
| | ) |
| | ) No: 08-91789 |
| Debtor, ) | Judge Fines |

**AMENDED
APPLICATION FOR ORDER
APPROVING EMPLOYMENT OF AUCTIONEER**

NOW COMES, Marsha L. Combs-Skinner, assigned Chapter 7 Trustee for the above-captioned case, and for her Application For Order Approving Employment of an Auctioneer in the above-mentioned case, states as follows:

1. The assets of this Bankruptcy Estate include the Debtor's equipment used in his former concrete construction business.

2. The Trustee has no true estimate of the value of the property other than what has been declared in Debtor's Bankruptcy Schedules and an estimate given to First State Bank who is the secured creditor.

3. The Trustee moves to retain the services of Robert T. Nord, conducting business as Martin Auction Services, L.L.C., 9515 Texas Church Rd., Clinton, Illinois under the following terms and conditions:

   A. **Amended Location of Sale:** Upon further reflection the Trustee believes it to be in the best interest of the Bankruptcy Estate to move the equipment to be sold to Martin Auction Services, LLC, at 9515 Texas Church Rd.,

    Clinton, Illinois. This decision is based upon reasons of security and the ability to display the equipment on a daily basis in a secure environment until sale

  B.  **Hauling:** The Auctioneer will retain an outside vendor to haul equipment from its present location in Champaign, Illinois to the sales location in Clinton, Illinois, at a rate of $95.00 per hour for a detach trailer to haul the heavy equipment. It is estimated that this will take 3-4 days to move the equipment.

  C.  **Labor:** If necessary for loading of items into trucks and onto trailers the charge will be $13.50 per hour.

  D.  **Advertising**: Martin Auction will pay for all print advertising in a national advertising campaign.

  E.  **Commission:** A sales commission of 7½% of the gross auction total will be paid for professional auction services.

  F.  **Additional Reasonable Expenses**: If there are to be additional expenses for clean up of the equipment, light mechanical work such expenses will only be done if approved by the Trustee as deemed to be in the best interest of obtaining the best bid for the equipment. Any such costs shall be deducted from the gross sale of the equipment.

  G.  **Web Based Bidding:** The Auction shall utilize Web based bidding for obtaining additional bids for the sale on the sales day.

5.  The Trustee will personally attend the auction and all checks will be payable to

the auctioneer, but the auctioneer will, upon the conclusion of the auction, as soon as possible issue a check to the Trustee in an amount equal to the gross proceeds less the approved expenses .

6. The Trustee believes that the employment of a professional auctioneer who is experienced and regularly sells large equipment is necessary for the proper administration of the Estate.

7. The Trustee has read the Statement Re: No Division executed by the Auctioneer and believes the Auctioneer to be a disinterested person within the meaning of 11 U.S.C. §101(14).

WHEREFORE, Marsha L. Combs-Skinner, Chapter 7 Trustee, respectfully prays that the Application For Order Approving Employment of Auctioneer Robert T. Nord, conducting business as Martin Auction, 9515 Texas Church Rd., Clinton, Illinois 61727, will be granted by the Court on the aforesaid terms and conditions.

Dated this 31st day of March 2009.

/s/ Marsha L. Combs-Skinner
MARSHA L. COMBS-SKINNER
Chapter 7 Trustee

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that the above and foregoing document was filed electronically with the U.S. Bankruptcy Court on March 31, 2009 by means of CM/ECF and that by filing the document through CM/ECF all parties of record have been served.

/s/ Marsha L. Combs-Skinner
Marsha L. Combs-Skinner

Marsha L. Combs-Skinner
Attorney at Law
Registration #6202980

U.S. Chapter 7 Trustee in Bankruptcy
2391 E. CR. 800 N.
Newman, IL 61942
Telephone: 217-837-9730
Fax:         217-837-2662
E-Mail: Marsha@ecicwireless.com