# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-91789 GF
**Case Name:** MC CONCRETE CONSTRUCTION, INC.

**Trustee:** (330540)  Marsha L. Combs-Skinner
**Filed (f) or Converted (c):** 02/19/09 (c)
**§341(a) Meeting Date:** 03/19/09

**Period Ending:** 06/30/09
**Claims Bar Date:** 06/17/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Chapter 11 escess attorney fees held in Escrow  (u)<br>    After attorney fees for Ch. 11 were determined by the Court, this represents the excess funds held by debtor's attorney Mr. Steve Miller turned over to the Chapter 7 Trustee pursuant to motion for turnover filed. | 0.00 | 412.50 | | 412.50 | FA |
| 2 | BANK ACCOUNTS<br>    Busey Bank acct 01219161 | 0.00 | 0.00 | DA | 0.00 | FA |
| 3 | BANK ACCOUNTS<br>    First Mid bank acct | 0.00 | 0.00 | DA | 0.00 | FA |
| 4 | BANK ACCOUNTS<br>    First State Bank, off set for debt owed | 10.28 | 10.28 | DA | 0.00 | FA |
| 5 | ACCOUNTS RECEIVABLE<br>    unknown amount for account receivables.  Debtor had filed some mechanics liens on projects that are still being evaluated | 270,000.00 | Unknown | | 19,130.00 | 80,870.00 |
| 6 | CONSTRUCTION EQUIPMENT<br>    International DT466  2 ton dump truck 57,742 miles (See Footnote) | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 7 | CONSTRUCTION EQUIPMENT<br>    1987 International WII Form Truck 81,697 miles | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 8 | CONSTRUCTION EQUIPMENT | 10,000.00 | 10,000.00 | | 0.00 | FA |

Printed: 07/02/2009 05:00 PM    V.11.21

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-91789 GF  
**Case Name:** MC CONCRETE CONSTRUCTION, INC.  
**Period Ending:** 06/30/09

**Trustee:** (330540)   Marsha L. Combs-Skinner  
**Filed (f) or Converted (c):** 02/19/09 (c)  
**§341(a) Meeting Date:** 03/19/09  
**Claims Bar Date:** 06/17/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | 1992 Peterbilt Semi Truck  648,867 Miles |  |  |  |  |  |
| 9 | CONSTRUCTION EQUIPMENT<br>1997 Ford F350 1 ton pickup/dump truck<br>miles  160,753 | 3,000.00 | 3,000.00 |  | 0.00 | FA |
| 10 | CONSTRUCTION EQUIPMENT<br>1998 GMC Sierra-SLE Pickup   Miles  221,194 | 3,000.00 | 3,000.00 |  | 0.00 | 3,000.00 |
| 11 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES<br>3 Computers, 2 Printers, Digitizer,  2 Desk , 2 Filing Cabinets | 500.00 | 500.00 |  | 0.00 | 500.00 |
| 12 | CONSTRUCTION EQUIPMENT<br>91' Peterbilt Trailer | 12,000.00 | 12,000.00 |  | 0.00 | 12,000.00 |
| 13 | CONSTRUCTION EQUIPMENT<br>Air Compressor & Accessories     (Stolen) | 1,000.00 | 1,000.00 |  | 0.00 | 1,000.00 |
| 14 | CONSTRUCTION EQUIPMENT<br>Air compressor- Sullivan D2100 Diesel Powered on Pull behind Trailer. | 5,000.00 | 5,000.00 |  | 0.00 | 5,000.00 |
| 15 | CONSTRUCTION EQUIPMENT<br>Amida Concrete Buggies 2 @ 2,500. | 5,000.00 | 5,000.00 |  | 0.00 | FA |
| 16 | CONSTRUCTION EQUIPMENT<br>Attachment to Bobcat- B-150 Hydraulic  Auger w/bits | 3,000.00 | 3,000.00 |  | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 08-91789 GF
**Case Name:** MC CONCRETE CONSTRUCTION, INC.

**Trustee:** (330540) Marsha L. Combs-Skinner
**Filed (f) or Converted (c):** 02/19/09 (c)
**§341(a) Meeting Date:** 03/19/09

**Period Ending:** 06/30/09
**Claims Bar Date:** 06/17/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | CONSTRUCTION EQUIPMENT<br>Attachments to Bobcat- concrete breaker | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 18 | CONSTRUCTION EQUIPMENT<br>Attachments to Bobcat, Pallett Forks | 800.00 | 800.00 | | 0.00 | FA |
| 19 | CONSTRUCTION EQUIPMENT<br>Backhoe 2002 caterpiller 420D W/ Attachments 4 trencing buckets | 40,000.00 | 40,000.00 | | 0.00 | FA |
| 20 | CONSTRUCTION EQUIPMENT<br>Basement Wall forms | 60,000.00 | 60,000.00 | | 0.00 | FA |
| 21 | CONSTRUCTION EQUIPMENT<br>Black 16' 5,000 # Trailer | 1,200.00 | 1,200.00 | | 0.00 | 1,200.00 |
| 22 | CONSTRUCTION EQUIPMENT<br>Black 16' 5,000 # Trailer | 1,200.00 | 1,200.00 | | 0.00 | 1,200.00 |
| 23 | CONSTRUCTION EQUIPMENT<br>Bobcat 773 w/bucket | 10,000.00 | 10,000.00 | | 0.00 | 10,000.00 |
| 24 | CONSTRUCTION EQUIPMENT<br>Compaction roller - Wacker 18 hp Gas Powered | 8,500.00 | 8,500.00 | | 0.00 | FA |
| 25 | CONSTRUCTION EQUIPMENT<br>Concrete Blackets 100 @ $40.00 Each | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 26 | CONSTRUCTION EQUIPMENT | 4,500.00 | 4,500.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 4

**Case Number:** 08-91789 GF  
**Case Name:** MC CONCRETE CONSTRUCTION, INC.  
**Period Ending:** 06/30/09

**Trustee:** (330540)   Marsha L. Combs-Skinner  
**Filed (f) or Converted (c):** 02/19/09 (c)  
**§341(a) Meeting Date:** 03/19/09  
**Claims Bar Date:** 06/17/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Cronkite 18' Flat Tilt bed 10,000 # |  |  |  |  |  |
| 27 | CONSTRUCTION EQUIPMENT<br>Cutoff Saws- electric Cutoff saw | 900.00 | 900.00 |  | 0.00 | FA |
| 28 | CONSTRUCTION EQUIPMENT<br>Decorative Stamps | 5,000.00 | 5,000.00 |  | 0.00 | FA |
| 29 | CONSTRUCTION EQUIPMENT<br>Diamond Wheel Blades | 200.00 | 200.00 |  | 0.00 | 200.00 |
| 30 | CONSTRUCTION EQUIPMENT<br>Dorsey Semi Box Van 53" | 4,000.00 | 4,000.00 |  | 0.00 | 4,000.00 |
| 31 | CONSTRUCTION EQUIPMENT<br>East Alum. dump 24' Trailer | 10,000.00 | 10,000.00 |  | 0.00 | FA |
| 32 | CONSTRUCTION EQUIPMENT<br>Excavator/ HI-HO  John Deere 160 Lc w/ attachments,<br>5' ditch cleaning bucket & 2' trenching bucket. | 52,000.00 | 52,000.00 |  | 0.00 | FA |
| 33 | CONSTRUCTION EQUIPMENT<br>Float Pans 10 @$100.00 | 1,000.00 | 1,000.00 |  | 0.00 | FA |
| 34 | CONSTRUCTION EQUIPMENT<br>Flood Lights | 5,500.00 | 5,500.00 |  | 0.00 | FA |
| 35 | CONSTRUCTION EQUIPMENT<br>Forms Simon wall forms | 6,000.00 | 6,000.00 |  | 0.00 | FA |

# Form 1

Page: 5

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-91789 GF  
**Case Name:** MC CONCRETE CONSTRUCTION, INC.  
**Trustee:** (330540) Marsha L. Combs-Skinner  
**Filed (f) or Converted (c):** 02/19/09 (c)  
**§341(a) Meeting Date:** 03/19/09  
**Period Ending:** 06/30/09  
**Claims Bar Date:** 06/17/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 36 | CONSTRUCTION EQUIPMENT<br>Generator Powermate 5000 Wats | 6,000.00 | 6,000.00 | | 0.00 | FA |
| 37 | CONSTRUCTION EQUIPMENT<br>Hand Screed 2 @ $800.00 | 1,600.00 | 1,600.00 | | 0.00 | FA |
| 38 | CONSTRUCTION EQUIPMENT<br>Honda 5000 Watts Generator | 200.00 | 200.00 | | 0.00 | FA |
| 39 | CONSTRUCTION EQUIPMENT<br>International Boom Truck | 20,000.00 | 20,000.00 | | 0.00 | 20,000.00 |
| 40 | CONSTRUCTION EQUIPMENT<br>Kubota 1600 Watts Generator | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 41 | CONSTRUCTION EQUIPMENT<br>Laser- topcon 2 @ $600.00 | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 42 | CONSTRUCTION EQUIPMENT<br>Laser- Theodilite | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 43 | CONSTRUCTION EQUIPMENT<br>Lawer Spetra | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 44 | CONSTRUCTION EQUIPMENT<br>Morrison #30' Power Screed | 8,000.00 | 8,000.00 | | 0.00 | FA |
| 45 | CONSTRUCTION EQUIPMENT<br>Pipe  Laser | 1,500.00 | 1,500.00 | | 0.00 | FA |

Page: 6

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-91789 GF
**Case Name:** MC CONCRETE CONSTRUCTION, INC.

**Trustee:** (330540) Marsha L. Combs-Skinner
**Filed (f) or Converted (c):** 02/19/09 (c)
**§341(a) Meeting Date:** 03/19/09

**Period Ending:** 06/30/09

**Claims Bar Date:** 06/17/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 46 | CONSTRUCTION EQUIPMENT<br>Plat Tempers Stone & 5.5 hp | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 47 | CONSTRUCTION EQUIPMENT<br>Plate Tampers Silver fox 5.5hp | 1,200.00 | 1,200.00 | | 0.00 | 1,200.00 |
| 48 | CONSTRUCTION EQUIPMENT<br>Portable Kerosene heater 2 @ $250.00 | 500.00 | 500.00 | | 0.00 | FA |
| 49 | CONSTRUCTION EQUIPMENT<br>Skid Steer Loader Bobcat T-300 W/ bucket | 35,000.00 | 35,000.00 | | 0.00 | FA |
| 50 | CONSTRUCTION EQUIPMENT<br>Small Power Tools | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 51 | CONSTRUCTION EQUIPMENT<br>Snow Plows Boss 8'2" Power V | 3,500.00 | 3,500.00 | | 0.00 | FA |
| 52 | CONSTRUCTION EQUIPMENT<br>Soff Cut X150 Saw | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 53 | CONSTRUCTION EQUIPMENT<br>Soff Cut X2500 Saw | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 54 | CONSTRUCTION EQUIPMENT<br>Soff Cut X450 Saw | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 55 | CONSTRUCTION EQUIPMENT<br>Talbert Lowboy W/detach 21' | 8,000.00 | 8,000.00 | | 0.00 | FA |

## Form 1

### Individual Estate Property Record and Report
### Asset Cases

Page: 7

**Case Number:** 08-91789 GF  
**Case Name:** MC CONCRETE CONSTRUCTION, INC.  
**Period Ending:** 06/30/09

**Trustee:** (330540) Marsha L. Combs-Skinner  
**Filed (f) or Converted (c):** 02/19/09 (c)  
**§341(a) Meeting Date:** 03/19/09  
**Claims Bar Date:** 06/17/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 56 | CONSTRUCTION EQUIPMENT<br>Trowel Machine- MBW 20 hp Air cooled | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 57 | CONSTRUCTION EQUIPMENT<br>Trowel machine- rider- Whitman Multi-Quip 20 hrp Air cooled | 3,500.00 | 3,500.00 | | 0.00 | FA |
| 58 | CONSTRUCTION EQUIPMENT<br>Trowel Machine Wacker 5.05hp | 500.00 | 500.00 | | 0.00 | FA |
| 59 | CONSTRUCTION EQUIPMENT<br>Trowel machine  4' Trowel machine | 500.00 | 500.00 | | 0.00 | FA |
| 60 | CONSTRUCTION EQUIPMENT<br>Trowel machine- Walk behind Whitman Multi-quip 9.0 hp | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 61 | CONSTRUCTION EQUIPMENT<br>Trowel machines- whitman Multi-Quip 5.5 hp | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 62 | CONSTRUCTION EQUIPMENT<br>Trowel machine-Whitman-Multi-quip 8.0 hp | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 63 | CONSTRUCTION EQUIPMENT<br>Trowel machine wacker 8.0 hp | 500.00 | 500.00 | | 0.00 | FA |
| 64 | CONSTRUCTION EQUIPMENT<br>Welder-Cutting Torch | 1,000.00 | 1,000.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 8

**Case Number:** 08-91789 GF  
**Case Name:** MC CONCRETE CONSTRUCTION, INC.  
**Period Ending:** 06/30/09

**Trustee:** (330540) Marsha L. Combs-Skinner  
**Filed (f) or Converted (c):** 02/19/09 (c)  
**§341(a) Meeting Date:** 03/19/09  
**Claims Bar Date:** 06/17/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 65 | CONSTRUCTION EQUIPMENT<br>Whitman Multi-quip 5.5 Hp | 1,800.00 | 1,800.00 | | 0.00 | FA |
| 66 | CONSTRUCTION EQUIPMENT<br>Whitman Multi Quip 8.0 hp | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 67 | CONSTRUCTION EQUIPMENT<br>Whitman Multipulp 25 hp water Cooled | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 68 | CONSTRUCTION EQUIPMENT<br>Wobor M.E. 5.5 hp | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 69 | DEPOSIT<br>used to set off on amounts owed | 520.46 | 520.46 | DA | 0.00 | FA |
| 70 | AUCTION OF EQUIPMENT (See Footnote) | 0.00 | 0.00 | | 167,790.62 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 6.62 | Unknown |
| 71 | **Assets** Totals (Excluding unknown values) | **$687,130.74** | **$417,543.24** | | **$187,339.74** | **$140,170.00** |

RE PROP# 6  All equipment was sold per Court Order  
   Order confirming sale 5/28/09  
RE PROP# 70  Auction of equipment per Court Order included asset numbers 6-68

**Major Activities Affecting Case Closing:**
   sold company equip. assets at auction & continuing to try to collect accounts receivables

Printed: 07/02/2009 05:00 PM  V.11.21

Page: 9

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-91789 GF  
**Case Name:** MC CONCRETE CONSTRUCTION, INC.  
**Trustee:** (330540)   Marsha L. Combs-Skinner  
**Filed (f) or Converted (c):** 02/19/09 (c)  
**§341(a) Meeting Date:** 03/19/09  
**Period Ending:** 06/30/09  
**Claims Bar Date:** 06/17/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2010   **Current Projected Date Of Final Report (TFR):** December 31, 2011

Printed: 07/02/2009 05:00 PM    V.11.21

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 08-91789 GF | | Trustee: | Marsha L. Combs-Skinner (330540) |
|---|---|---|---|---|
| Case Name: | MC CONCRETE CONSTRUCTION, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****64-65 - Money Market Account |
| Taxpayer ID #: | 30-0101987 | | Blanket Bond: | $803,333,391.00 (per case limit) |
| Period Ending: | 06/30/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/12/09 | | MC Concrete Construction Merle Coffin | this is remaining funds in DIP account from the Ch. 11, which should belong to the Bank per the Agreement | 1280-000 | 9,923.86 | | 9,923.86 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 9,924.06 |
| 04/20/09 | {1} | Steve Miller | balance of funds held in escrow account from Chapter 11/ per motion and Order dated 4/21/09 | 1229-000 | 412.50 | | 10,336.56 |
| 04/26/09 | 1001 | First State Bank | turnover of creditors accounts receivables per Ct. Order 4/24/09 | 4210-000 | | 9,923.86 | 412.70 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 413.09 |
| 05/28/09 | {5} | Chicago Title | Account receivable from Bolton Construction/Victoria Properties | 1121-000 | 18,730.00 | | 19,143.09 |
| 05/28/09 | {5} | Chicago Title | Account receiveable from Bolton Construction/Victoria Properties | 1121-000 | 400.00 | | 19,543.09 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 19,543.10 |
| 06/01/09 | {70} | Martin Auction Services, LLC | public auction proceeds for equipment pursuant to Court Order | 1129-000 | 167,790.62 | | 187,333.72 |
| 06/03/09 | 1002 | Martin Auction Services, LLC | Auctioneer fees per Ct. Order dated 6/3/09 | 3610-000 | | 12,584.53 | 174,749.19 |
| 06/03/09 | 1003 | Martin Auction Services, LLC | Auctioneer expenses per Ct. Order 6/3/09 | 3620-000 | | 1,900.00 | 172,849.19 |
| 06/05/09 | 1004 | Caterpillar Financial Services c/o Mark Ludolph | payment for Caterpillar Model 420 DIT Backhoe per Ct. Order 6/3/09 | 4210-000 | | 22,282.75 | 150,566.44 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.02 | | 150,572.46 |

Subtotals : **$197,263.60** **$46,691.14**

{} Asset reference(s)

Printed: 07/02/2009 05:00 PM V.11.21

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 08-91789 GF  
**Case Name:** MC CONCRETE CONSTRUCTION, INC.  

**Taxpayer ID #:** 30-0101987  
**Period Ending:** 06/30/09  

**Trustee:** Marsha L. Combs-Skinner (330540)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****64-65 - Money Market Account  
**Blanket Bond:** $803,333,391.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 197,263.60 | 46,691.14 | $150,572.46 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 197,263.60 | 46,691.14 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$197,263.60** | **$46,691.14** | |

Net Receipts :       197,263.60  
―――――――――  
Net Estate :         $197,263.60

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ***-*****64-65** | 197,263.60 | 46,691.14 | 150,572.46 |
| | $197,263.60 | $46,691.14 | $150,572.46 |

{} Asset reference(s)

Printed: 07/02/2009 05:00 PM    V.11.21