Form errrfilpc

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
130 Federal Building
201 N. Vermilion St.
Danville, IL 61832

| | |
|---|---|
| *In Re:*  MC Concrete Construction, Inc.<br>*Debtor* | *Case No.:* 08–91789<br><br>*Chapter:*  7 |

**Order Striking Incorrect or Incomplete Claim**

*Go to www.ilcb.uscourts.gov for ECF Procedures*

**Claim #43 of P.J. Hoerr, Inc filed on 1/6/11 is incorrect or incomplete.**

☐ Claim filed in wrong case.

☑ PDF does not match this case.

☐ PDF is:  ☐ unreadable   ☐ incomplete   ☐ missing

☑ Other:

Please file a Motion to Withdraw Proof of Claim using the following event code(s):"Bankruptcy> Claims Actions> Withdrawal of Claim", OR "Creditor/Claimant Menu>/Withdrawal of Claim".

**IT IS HEREBY ORDERED** that the above described claim is hereby stricken. If the stricken claim was filed pursuant to a statutorily set or court ordered deadline, the deadline is not extended by the entry of this order. Stricken claims may not be amended but may be refiled.

Dated: 1/6/11

/S/
Gerald D. Fines
U.S. Bankruptcy Judge

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.

# CERTIFICATE OF NOTICE

```
District/off: 0753-2           User: nbed                  Page 1 of 1                  Date Rcvd: Jan 06, 2011
Case: 08-91789                 Form ID: errfilpc           Total Noticed: 1
```

The following entities were noticed by first class mail on Jan 08, 2011.
 5026988     +P.J. Hoerr, Inc.,   c/o Kenneth E. Davies, Esq.,   910 West Glen Avenue,    Peoria, IL 61614-4879

The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 08, 2011**                         **Signature:** _Joseph Speetjens_